# United States Court of Appeals for the Fifth Circuit

--------

No. 24-20547
Summary Calendar

--------

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2025

Lyle W. Cayce
Clerk

Timothy Anthony Redic,

*Plaintiff—Appellant*,

*versus*

J. Back; John Doe; John Doe, II; John Doe, III; John Doe, IV,

*Defendants—Appellees*.

--------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-3782

--------

Before Ho, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Timothy Anthony Redic, Texas prisoner # 836869, moves for leave to appeal the district court's dismissal of his 42 U.S.C. § 1983 complaint pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). Redic asserts that he is in imminent danger of serious physical injury due to false disciplinary cases that have been filed against him and his placement in a cell

--------

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20547

with an inmate who has attacked him.  However, he fails to make the required showing of an imminent danger of serious physical injury.  *See Baños v. O'Guin*, 144 F.3d 883, 884-85 (5th Cir. 1998).  Accordingly, Redic has not shown that he is entitled to proceed in forma pauperis (IFP) on appeal.  *See* 28 U.S.C. § 1915(g).  Redic's IFP motion is DENIED, and the appeal is DISMISSED as frivolous.  *See* 5TH CIR. R. 42.2.

We remind Redic that, because he has three strikes, he is barred from proceeding IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.  *See* 28 U.S.C. § 1915(g).  He is also WARNED that any pending or future frivolous or repetitive filings in this court or any court subject to this court's jurisdiction will subject him to additional sanctions.  *See Coghlan v. Starkey*, 852 F.2d 806, 817 n.21 (5th Cir. 1998).